MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

STATE v. BILLINGS. Cabarrus County. *Attorney-General,* for State; *Adams & Maness,* for defendant. *Per Curiam.* No error.

RAYNOR v. LIDDELL Co. Mecklenburg County. *A. B. Justice,* for plaintiff; *C. W. Tillett,* for defendant. *Per Curiam.* Affirmed.

ALEXANDER v. RAILROAD Co. Mecklenburg County. *Burwell & Cansler,* for defendant. No counsel for appellant. *Per Curiam.* Affirmed.

MORROW v. RAILROAD Co. Gaston County. *A. G. Mangum,* for plaintiff; *G. F. Bason,* for defendant. *Per Curiam.* Affirmed. *Douglas, J.,* dissenting.

SIGMON v. FOY. Catawba County. *E. B. Cline,* for plaintiff; *T. M. Hufham,* for defendant. *Per Curiam.* Affirmed.

IN RE ENTRIES OF DREWRY. Burke County. *J. T. Perkins,* for appellant Bernhardt; *A. C. Avery, contra. Per Curiam.* Petition to rehear dismissed.

McBRAYER v. WITHROW. Rutherford County. *S. Gallert,* for plaintiff; *McBrayer & Justice,* for defendant. *Per Curiam.* Affirmed.

PEARSALL v. WOOTEN. Burke County. *Avery & Ervin,* for plaintiff; *Avery & Avery,* for defendant. *Per Curiam.* Affirmed.

STATE v. DILLINGHAM. Buncombe County. *Attorney-General,* for State; *Locke Craig,* for defendant. *Per Curiam.* Affirmed.

CLARKE v. RANKIN. Buncombe County. *Locke Craig,* for defendant; *F. A. Sondley,* for defendant. *Per Curiam.* Affirmed.

COWAN v. ROBERTS. Buncombe County. *J. C. Martin,* for plaintiff; *W. W. Zachary,* for defendant. *Per Curiam.* Affirmed.